1  SHELLIE LOTT, SBN: 246202
2  Cerney Kreuze & Lott, LLP
   42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 KYLE M. LYNCH,                              Case No.:   2:13-CV-01855-CKD

12              Plaintiff,

13 vs.                                         STIPULATION AND ~~PROPOSED~~ ORDER
                                               FOR THE AWARD OF ATTORNEY FEES
14 CAROLYN W. COLVIN,                          PURSUANT TO THE EQUAL ACCESS TO
   Acting Commissioner of Social Security,     JUSTICE ACT, 28 U.S.C. § 2412(d)
15

16              Defendant

17

18        IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 EAJA in the amount of FIVE THOUSAND ONE HUNDRED FIFTY ($5,150.00).  This amount

21 represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel

22 in connection with this civil action, in accordance with 28 U.S.C. § 2412.

23        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

24 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

25 attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

26 assignment will depend on whether the fees and expenses are subject to any offset allowed under

27

28

        STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
          PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: October 10, 2014

*/s/ Shellie Lott*

SHELLIE LOTT
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel


Date: October 10, 2014

*/s/ Annabelle J. Yang*

(As authorized via email on 10/09/14)
Special Assistant United States Attorney

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**ORDER**

Pursuant to the stipulation, it is so ordered.

Dated:  October 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)